*Thomas Hope et al* v. *George Brinckerhoff.* J. EDWARDS,
for complainants; J. RHOADES, for defendants. Application
by complainants in a creditors suit to have the taxed costs

11

of the defendant upon the appeal set off against complain-
ants' judgment. Set off allowed, on condition that complain-
ants' solicitor, within twenty days, gives to defendant's soli-
citor a receipt or stipulation showing that $18,20 has been
received and is to be applied in payment of the judgment as
of the 20th of February, 1841. Defendant allowed $10 for
costs of opposing this motion; which sum is to be set off
against complainants' judgment.